ORIGINAL

# In the United States Court of Federal Claims

No. 17-1944

(Filed: February 26, 2018)

FILED
FEB 2 6 2018
U.S. COURT OF FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| **BRIAN JAFFE LEWIS,** | \* |
| Plaintiff, | \* |
| v. | \* |
| **THE UNITED STATES,** | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiff's Complaint was filed *pro se* in this Court on December 13, 2017. In the Court's January 24, 2018 order, the Court denied Plaintiff's IFP application. This Court also notified Plaintiff that if he failed to pay the $400.000 filing fee within 30 days of the January 24, 2018 order, his Complaint would be dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the Court of Federal Claims. To date, Plaintiff has not yet paid the fee. Therefore, Plaintiff's case is **DISMISSED** without prejudice for failure to prosecute. The Clerk is directed to enter the judgement accordingly.

IT IS SO ORDERED.

NANCY B. FIRESTONE
Senior Judge
for
EDWARD J. DAMICH
Senior Judge

7016 3010 0000 4308 4102